UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 2:16-cr-265-GMN-CWH

vs.

DARIN KEITH GRIEDER,

        Defendant.

ORDER TEMPORARILY UNSEALING TRANSCRIPT

    On 1/18/18, this court received a transcript order form dated 1/18/18, requesting the transcript of Change of Plea held on 1/17/18 from Cristina D. Silva, counsel for government, in which a portion of the hearing is sealed.

    IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by government's counsel.

    IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

    IT IS FURTHER ORDERED that government's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATE: 1-19-18

                                        GLORIA M. NAVARRO
                                  UNITED STATES CHIEF DISTRICT JUDGE