RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Darin Keith Grieder

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00265-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DARIN KEITH GRIEDER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Darin Keith Grieder, that the Revocation Hearing currently scheduled on May 24, 2022 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Grieder has been accepted to in-patient therapy beginning May 19, 2022. The Parties request the revocation hearing be continued to allow Mr. Grieder time to complete treatment.

2.      Defense counsel has another hearing scheduled at the time and date that the revocation hearing is currently scheduled in this matter.

3.      The defendant is out of custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 18th day of May, 2022.


RENE L. VALLADARES
Federal Public Defender

JASON FRIERSON
United States Attorney


*/s/ Jacquelyn N. Witt*
By_____
JACQUELYN N. WITT
Assistant Federal Public Defender

*/s/ Daniel R. Schiess*
By_____
DANIEL R. SCHIESS
Assistant United States Attorney

2

1
2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,

Case No. 2:16-CR-00265-GMN-NJK

Plaintiff,

**ORDER**

5
6

v.

7

DARIN KEITH GRIEDER,

Defendant.

8
9
10

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for

11

Tuesday, May 24, 2022 at 11:00 a.m., be vacated and continued to   June 29, 2022   at

12

the hour of 10:00 a.m. **IN PERSON in Courtroom 7D**.

13

DATED this 19 day of May, 2022.

14
15

_____

16

UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3